NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM JASON MEREDITH,
DOC #I14650,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D18-2975

Opinion filed May 17, 2019.

Appeal from the Circuit Court for Manatee
County; Brian A. Iten, Judge.

William Jason Meredith, pro se.

PER CURIAM.

        Affirmed.

SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.